UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORDEA INVEST FUND MANAGEMENT : 
A/S; NORDEA FONDER AB; NORDEA :
INVESTMENT FUNDS COMPANY I S.A.; :
NORDEA FONDENE NORGE AS; : RULE 7.1 STATEMENT
NORDEA FONDBOLAG FINLAND AB, :
:
Plaintiffs, :
:
v. :
:
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO, :
:
Defendants. :



---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Nordea Fondene Norge AS**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**Nordea Group**.

Dated: February 27, 2008
    New York, New York

By: _____

THE SHAPIRO FIRM, LLP
Jonathan S. Shapiro (JS-3068)
Robert J. Shapiro (RS-3220)
500 Fifth Avenue
New York, New York 10110

Telephone: 212-391-6464
Facsimile: 212-719-1616

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP**
John A. Kehoe (JK-4589)
Stuart L. Berman
David Kessler
Darren J. Check
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

*Counsel for Plaintiffs*