AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

Nordea Invest Fund Management A/S et al

v.

Vivendi, S.A. et al

**APPEARANCE**

Case Number: 1:08-CV-01975-RJH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nordea Invest Fund Management A/S, Nordea Fonder AB, Nordea Investment Funds Company I.S.A., Nordea Fondene Norge AS, Nordea Fondbolag Finland AB

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/20/2008 | s/ John A. Kehoe |
| Date | Signature |
| | John A. Kehoe                                JK-4589 |
| | Print Name                               Bar Number |
| | Schiffrin Barroway Topaz & Kessler, LLP |
| | 280 King of Prussia Road |
| | Address |
| | Radnor         PA         19087 |
| | City           State      Zip Code |
| | (610) 667-7706      (610) 667-7056 |
| | Phone Number        Fax Number |